KENDALL BRILL & KELLY LLP
Richard B. Kendall (90072)
  *rkendall@kbkfirm.com*
Randall L. Jackson (244545)
  *rjackson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff
Viacom International Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-CV-09621<br><br>**COMPLAINT FOR BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

263713.2

Plaintiff Viacom International Inc. ("Viacom"), for its complaint against MGA Entertainment, Inc. ("MGA"), alleges as follows:

## INTRODUCTION

1. This is a breach of contract action. MGA and Viacom are parties to a co-finance agreement relating to a television series based on MGA's Lalaloopsy brand of dolls (the "TV Series"). The agreement required MGA to pay a $4 million installment payment to Viacom on or before September 15, 2015. MGA paid $500,000 of the amount due, but has failed and refused to pay the remaining balance of $3.5 million.

2. Viacom has repeatedly demanded that MGA honor its contractual obligation. MGA has not complied, and thus has left Viacom with no choice but to file this lawsuit.

## JURISDICTION AND VENUE

3. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between the parties. Additionally, the amount in controversy exceeds $75,000.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

5. Moreover, as provided in Paragraph 20 of their co-finance agreement, the parties have expressly agreed to the exclusive jurisdiction and venue of the state and federal courts located in Los Angeles County, California.

## PARTIES

6. Plaintiff Viacom is a Delaware corporation, with its principal place of business in New York, New York.

7. Defendant MGA is a California corporation, with its principal place of business in Los Angeles, California.

## BACKGROUND

8. By agreement dated as of October 9, 2012, Viacom and MGA entered into the Series Co-Financing Agreement (the "Co-Finance Agreement"). Pursuant

to the Co-Finance Agreement, the parties agreed to share the costs of producing at least 52 episodes (or two seasons) of the TV Series.

9. For its part, Viacom agreed to contribute over $5.2 million in financing for the production of the TV Series, as specified by Paragraph 2(b) of the Co-Finance Agreement. In addition, Viacom agreed to broadcast the TV Series during the ensuing three years, as specified in Paragraph 5 of the Co-Finance Agreement, which provides:

> [Viacom] hereby commits to launch the series on the main Nickelodeon channel … and thereafter broadcast the Programming on either the main Nickelodeon channel or the Nick Jr. channel on a regularly scheduled basis during the hours 8 a.m. to 9 p.m. for three years….

10. For its part, MGA agreed to contribute additional financing towards the production of the TV Series. In addition, MGA agreed to pay Viacom a "minimum guarantee" of $9 million in three installments, with the final payment being due on September 15, 2015, as specified in Paragraph 7(d) of the Co-Finance Agreement, which provides:

> MGA hereby agrees to pay [Viacom] the following minimum guarantees in the amount of … $2 million, $3 million and $4 million in Year 1, Year 2 and Year 3 of the Programming Commitment, respectively, totaling $9 million for said 3 years….Said minimum guarantees shall be payable as follows: on September 15, 2013, September 15, 2014, September 15 2015….

11. Viacom complied with its part of the bargain: Viacom paid the entirety of its $5.2 million co-finance commitment, Viacom launched the TV Series on the main Nickelodeon channel in March 2013, and Viacom broadcast the 52 episodes of

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

263713.2

the TV Series on either the main Nickelodeon channel or the Nick Jr. channel on a "regularly scheduled basis."

12. Unfortunately, after receiving the benefit of Viacom's performance, MGA breached the Co-Finance Agreement by refusing to pay the final $4 million minimum guarantee installment payment on September 15, 2015 (the "Final Minimum Guarantee Payment").

13. On November 23, 2015, MGA paid $500,000 of the Final Minimum Guarantee Payment. However, MGA has failed to pay the remaining $3.5 million to Viacom that is due under the Co-Finance Agreement.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

14. Viacom realleges and incorporates by reference each of the foregoing paragraphs as though fully set forth herein.

15. At all times relevant to this action, the Co-Finance Agreement was a valid and binding agreement.

16. Viacom has performed all material conditions, covenants, and promises required to be performed by it in accordance with the terms and conditions of the Co-Finance Agreement.

17. MGA has breached its contractual obligations under the Co-Finance Agreement by, *inter alia*, failing to pay $3.5 million of the Final Minimum Guarantee Payment to Viacom.

18. As a direct and proximate cause of MGA's breaches of contract as alleged herein, Viacom has been damaged.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

263713.2

## PRAYER FOR RELIEF

WHEREFORE, Viacom respectfully prays for the following relief:

A. That judgment be entered in favor of Viacom and against MGA;

B. That Viacom be awarded its damages;

C. That Viacom be awarded its attorneys' fees and costs, as well as prejudgment and post-judgment interest; and

D. That Viacom be granted such other and further relief as the Court may deem just and proper.

DATED: December 14, 2015        KENDALL BRILL & KELLY LLP

By: *[signature]*
Richard B. Kendall
Attorneys for Plaintiff
Viacom International Inc.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

263713.2

4

COMPLAINT FOR BREACH OF CONTRACT

## DEMAND FOR JURY TRIAL

Plaintiff Viacom International Inc. hereby demands a trial by jury of all issues so triable.

DATED: December 14, 2015     KENDALL BRILL & KELLY LLP

By: _____
    Richard B. Kendall
    Attorneys for Plaintiff
    Viacom International Inc.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067