1  KENDALL BRILL & KELLY LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Randall L. Jackson (244545)
3    *rjackson@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  Attorneys for Plaintiff and Counterdefendant
   Viacom International Inc.

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 10  VIACOM INTERNATIONAL INC., a Delaware corporation, | Case No. 2:15-CV-09621-R (Ex) |
| 11 | **DECLARATION OF JUSTIN HALLILEY IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT VIACOM'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| 12              Plaintiff, | |
|              v. | |
| 13 | |
| 14  MGA ENTERTAINMENT, INC., a California corporation, | |
| 15              Defendant. | *Filed concurrently with Memorandum of Points and Authorities; Separate Statement; Declarations of Sarah Levy, Alexandra Whelan, Thomas Horner, Sujata Luther, Jennifer Jankowski and Randall Jackson* |
| 16 | |
| 17 | |
| 18 | Judge:  Hon. Manuel L. Real |
| 19 | |
| 20  MGA ENTERTAINMENT, INC., a California corporation, | Date:  July 18, 2016 |
| 21 | Time:  10:00 a.m. |
| 22              Counterclaimant, | Courtroom: 8 |
|              v. | |
| 23 | |
| 24  VIACOM INTERNATIONAL INC., a Delaware corporation; DOES 1-10, inclusive, | |
| 25 | |
| 26              Counterdefendants. | |

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

### <u>DECLARATION OF JUSTIN HALLILEY</u>

I, Justin Halliley, declare as follows:

1.      Since 2011, I have been the Vice President, Sales & Marketing, for Nickelodeon, which is a network operated in the United States through Viacom International Inc.  I have also worked in the advertising sales business for a total of 18 years.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      As the Vice President, Sales & Marketing, for Nickelodeon, my responsibilities include, among other things, the negotiation and sale of advertising to third parties that seek to broadcast ads domestically on Nickelodeon and its related networks (such as Nick@Nite, Nicktoons, TeenNick, and Nick Jr.) (collectively, the "Nickelodeon Networks"), managing those advertising deals after they have been negotiated, overseeing my advertising sales team, and reporting to senior management on the status of my advertising deals.

3.      In my experience, advertisers rarely, if ever, purchase advertising directly from a network, such as Nickelodeon.  Rather, Nickelodeon interacts with an advertising agency.  The agency purchases ads for either one client or, at times, a group of clients.  However, the client purchasing the advertisements ultimately pays for the advertisements purchased through the agency.  It is a common understanding in our industry – indeed, the fundamental economic basis on which advertising is bought – that clients purchase advertisements through their agents, while remaining fully responsible for the payment of such advertisements.

4.      One of the advertising agencies I regularly interact with in my current position is Beacon Media Group ("Beacon").  Beacon serves as the agent for MGA Entertainment, Inc. and for other companies.  Beacon has been MGA's advertising agency for at least the five years that I have held my current position.  Beacon's status as MGA's agent, and its authorization to purchase advertising on MGA's behalf, has been confirmed to me by both MGA and Beacon many times over the

years in the form of written correspondence and verbal statements made at in-person

meetings.  Moreover, despite being regularly late, MGA has (until the current

dispute emerged in November 2015) always paid for the millions of dollars in yearly

advertising that Beacon placed on its behalf.  In all this time, MGA never once

suggested that Beacon lacked the authority to purchase advertising for MGA.

5.     Every year, Nickelodeon and Beacon enter into a bulk Fall (July

through December) commitment of advertising to be used by Beacon's clients, in

exchange for Nickelodeon providing Beacon with certain overall rates which

Beacon can then make available to its clients for advertising purchases.  In 2015,

that same process occurred once again, and was memorialized in a June 4, 2015

term sheet.  A true and correct copy of the June 4, 2015 term sheet, as well as the

email conveying the term sheet to Beacon, is attached hereto as Exhibit A.  As in

prior years, the June 4, 2015 term sheet contains terms that are applicable to and

become incorporated into individual advertising purchases by Beacon's clients,

including MGA, such as the fact that the advertising is "non-cancellable."  (It is also

commonly understood in the advertising sales industry that advertising for a

network, such as Nickelodeon, is non-cancellable.)  Based on my discussions with

MGA, MGA was well-aware of these yearly negotiations, and MGA knew it was

the beneficiary of rates negotiated with Beacon in prior years.

6.     The advertising purchases by individual Beacon clients, including

MGA, occur as follows.  First, Nickelodeon receives a schedule of specifications

from Beacon.  These specifications include each Beacon client's advertising request

by brand (such as, for MGA, the "Lalaloopsy" or "Bratz" dolls).  The specifications

include the budget allocations by brand that the client wants to receive on a weekly

basis (as is standard in the industry, advertisements are purchased by buying gross

ratings points ("GRPs"), which are essentially a promise that a client's

advertisements will be seen by—based on ratings—a certain number of viewers,

1  which ensures that the advertisements will be viewed by a predictable audience size

2  regardless of the fluctuations of popularity of any individual Nickelodeon program).

3      7.      In response to specifications provided by Beacon, Nickelodeon

4  develops one or more media plans, which takes into account the specifications and

5  dollar amounts involved, and sets forth a proposed schedule for advertising.  These

6  media plans are delivered to Beacon.  Beacon, in turn, obtains its client's consent to

7  the media plans.  Once Beacon conveys its client's approval to Nickelodeon, the

8  media plan is deemed to be a confirmed order.  At that point, the order for

9  advertising is non-cancellable and Nickelodeon books revenue based on the

10  confirmed media plan.  The advertising is also booked into Nickelodeon's

11  programming system, it is broadcast, and payment is then rendered by the

12  responsible Beacon client.

13      8.      This process is exactly what occurred in connection with MGA's

14  advertising purchases for the Nickelodeon Networks during the second-half of 2015.

15  Several MGA media plans were prepared by Nickelodeon and sent to Beacon.  The

16  media plans were eventually approved by Beacon, and Beacon confirmed to

17  Nickelodeon that the media plans were approved and authorized by MGA.  Upon

18  that confirmation, the orders set forth in the media plans became final and non-

19  cancellable and were placed into Nickelodeon's system.  Thereafter, the advertising

20  was broadcast as ordered and agreed between Nickelodeon and Beacon, on behalf of

21  MGA.  Records demonstrating that this advertising was broadcast were provided to

22  Beacon, which I understood would then provide this information to MGA.  MGA

23  was also bound to, following receipt of these invoices, pay for the non-cancellable

24  advertising which it purchased and which Nickelodeon broadcast.

25      9.      In addition to the foregoing, in August 2015, Beacon advised that it

26  was taking over as MGA's agent in connection with an advertising purchase related

27  to MGA's "Bratz" dolls, which had been previously placed by another agency,

28  known as Haworth Marketing + Media.  Following the transfer to Beacon,

280392                                3

1 | Nickelodeon prepared media plans for the broadcast of this Bratz advertising, which
2 | were approved by Beacon on MGA's behalf.  Nickelodeon thereafter broadcast this
3 | advertising.

4 |         10.    Nickelodeon's payment terms for its advertising clients are typically
5 | "net 30 days."  But in many instances, MGA has been afforded an additional 30
6 | days as a grace period.  However, MGA has long been aware that the failure to remit
7 | timely payment can lead to the suspension of its advertising.  Attached as Exhibits
8 | B, C, and D hereto are instances in which MGA was advised through Beacon that
9 | MGA's advertising could not be broadcast due to late payment.

10 |        I declare under penalty of perjury under the laws of the United States of
11 | America that the foregoing is true and correct.

12 |        Executed on this 13th day of June, 2016, at New York, New York.

13 |

14 |

15 |                         Justin Halliley

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

280392                                    4

# EXHIBIT A

# Redacted

Exhibit A    Page 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIA00043675

# Redacted

**From:** Halliley, Justin
**Sent:** Thursday, June 04, 2015 4:36 PM
**To:** 'Lillian LeBron' (llebron@thebeaconmg.com); Tom Horner; Paul Caldera (pcaldera@thebeaconmg.com); Shelly Hirsch
**Cc:** Leslie, Stephanie - Nick; Perry, Jim(N.Y.); Whelan, Alexandra; Fogarty, Edward; Halliley, Justin
**Subject:** Fall 2015 Deal Letter

Hi all,

Please see attached for the final terms relating to the new Q3/4 2015 deal.

We thank you for your continued support of the partnership and look forward to a successful 2015!
Best. Justin


**Justin Halliley**
Vice President, Sales & Marketing
nickelodeon
Off: 212-846-7174
Cel: 917-656-7874

Exhibit A    Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# nickelodeon.

June 4, 2015

Team Beacon,

Thank you for your continued partnership and for the 3Q/4Q 2015 Fall Upfront ORDER placed with Nickelodeon networks on behalf of your clients. Please take a chance to review the below as this letter will serve as confirmation of terms and conditions exclusively for this deal. As agreed by both parties, all terms will be re-assessed for future buys.

Key deal points are as follows:

- ▮▮▮▮▮▮▮ commitment across Nickelodeon, Nicktoons, TeenNick & Nick JR

- **3Q/4Q 2015 Fall Pricing:**
  **Rate of change:**
  - ○ Nickelodeon/Nicktoons/TeenNick/Nick Jr PP10 (July), PP11 (August) and PP1 (September): ▮▮
  - ○ Nickelodeon/Nicktoons/TeenNick/Nick Jr PP2 (October) & PP3 (November): ▮▮▮
  - ○ Nickelodeon/Nicktoons/TeenNick/Nick Jr PP4 (Post Thanksgiving): ▮▮▮
  - ○ Nickelodeon/Nicktoons/TeenNick/Nick Jr PP5 (December): ▮▮▮

- **MIXES:**
  - ○ Beacon Ideal Mixes are below for which we endeavor to meet as close as possible. Slight deviations may occur based on certain variables.
    - **Nickelodeon WITH Pre School**
    - 31 AF / 10 EM / 7 PREM / 25 PS / 2 WK PR / 25 WK
    - **Nickelodeon WITHOUT PS**
    - 40 AF / 10 EM / 9 PREM / 7 PR / 2 WK PR / 32 WK

- **Network mix** is a maximum of 25% on the niche networks (based on impressions)

- **CPMs for 3Q/4Q (with Rate of Change "ROC" applied).** Please note, Daypart CPMs will be re indexed Y-o-Y due to ratings fluctuations, however the overall increases will be in line with negotiated rate of change. We will align the Pre-School daypart with the exact overall increase as discussed.

Exhibit A    Page 7
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        VIA00043677

**NICKELODEON:**

| Mix Including PS: AFT 31 / EM 10 / Prem 7 / PS 26 / Prime 0 / WP 2 / WK 24 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PP10 | PP11 | Week of 8/31 | PP1 | PP2 | PP3 | PP4 | PP5 |
| 2014 CPM | | | | | | | | |
| 2015 CPM | | | | | | | | |

| Mix Including PS: AFT 40 / EM 10  Prem 9 / PS 0 / Prime 7 / WP 2 / WK 32 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PP10 | PP11 | Week of 8/31 | PP1 | PP2 | PP3 | PP4 | PP5 |
| 2014 CPM | | | | | | | | |
| 2015 CPM | | | | | | | | |

| PS Only | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PP10 | PP11 | Week of 8/31 | PP1 | PP2 | PP3 | PP4 | PP5 |
| 2014 CPM | | | | | | | | |
| 2015 CPM | | | | | | | | |

**NICKTOONS:**

| | PP10 | PP11 | PP1 | PP2 | PP3 | PP4 | PP5 |
|---|---|---|---|---|---|---|---|
| 2014 CPM | | | | | | | |
| 2015 CPM | | | | | | | |

**TEENNICK:**

| | PP10 | PP11 | PP1 | PP2 | PP3 | PP4 | PP5 |
|---|---|---|---|---|---|---|---|
| 2014 CPM | | | | | | | |
| 2015 CPM | | | | | | | |

**NICK JR:**

| | PP10 | PP11 | PP1 | PP2 | PP3 | PP4 | PP5 |
|---|---|---|---|---|---|---|---|
| 2014 CPM | | | | | | | |
| 2015 CPM | | | | | | | |

- **Delivery:**
  - Each advertiser will be guaranteed to 100% (by advertiser, not by brand) across the Nickelodeon group of networks.
  - Linear delivery is based on a single guarantee across our kids nets (Nickelodeon, Nicktoons, TeenNick, Nick JR) – however, Nickelodeon network delivery will not fall below 98% on any Beacon client.
    - i.e. Overage on the niche nets can make up for underdelivery on Nickelodeon, up to 2%.
    - i.e. Overage on Nickelodeon can make up for underdelivery on the niche nets.
    - The one guarantee applies to the networks that are a part of the specific buy and specific to the client's target, (i.e. If the client did not buy Nicktoons because the

Exhibit A    Page 8
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

product is girl targeted, the guarantee does include Nicktoons) unless Beacon approves otherwise.

- VOD DAI and NAN 9p-10p used as a part of delivery will be discussed on a case by case basis.

o Nickelodeon will lay in recap units early in an advertiser's flight. This will only be granted for deals that have final specs provided & green-lit at least one week prior to start date.

o Recap allocation by client to be handled by Nickelodeon.

o Units to be recaptured if delivery is projecting at or above 100%, to be determined by Nickelodeon.

o Any advertiser who is offered recaps within their flight and does not accept said units will forego delivery by the impression amount of those recaps. Recap packages should mimic paid media mix but Nickelodeon cannot guarantee an identical daypart mix.

- i.e. if an advertiser is airing only Pre-school, then they will receive Pre-school recaps and Non Pre-school advertisers will not be forced to take Pre-school.

o Nickelodeon will endeavor to deliver campaigns of three (3) weeks or less but does not guarantee them. If an advertiser has multiple flights that total over three weeks they will be guaranteed.

o If for any reason a client's flight is significantly truncated due to issues outside of Nickelodeon's responsibility (i.e. late creative, etc), then delivery within the shortened flight dates may be impacted. Beacon will extend the flight for recap weight but Nickelodeon cannot guarantee if delays are significant.

o Any sell-off requests will be looked at on a case by case basis. Beacon will look to swap out sell-off with another client that wants inventory but replacement of sold off inventory is at Nick's discretion. Sell off may result in the recapturing of any remaining recap units and the advertiser will no longer be guaranteed. We will guarantee the remaining schedule after a selloff if it meets the above requirements (three weeks or longer).

- i.e, If a 10 million dollar advertiser requests $500K sell-off that Nickelodeon grants and they still have at least three weeks more of flight, Nickelodeon will still guarantee the $9.5MM deal.

o Scatter delivery will be determined on a case by case basis and needs to be agreed upon prior to order.

- **Expansion:**
  o Expansion is offered to those clients already submitted as part of the new Beacon Upfront deal, beyond the ▮▮▮▮▮ in budgets submitted to date. The list of clients included in this deal will be provided by Beacon.
  o Expansion will be offered until **6/8/15** - the amount to which will be at Nickelodeon's discretion. Expansion of 10% will be at the agreed upon CPMs of the Beacon Upfront.
  o After this point, all budgets/submissions will be reviewed on a case by case basis.
    - Any subsequent budgets from any client will be subject to market rates.

- **Marketing:**
  o Individual budgets by client must be registered before marketing can be discussed.
    - Clients to receive cross network marketing on a case by case basis, dependent on budgets.
  o Production costs for billboard/sponsorship marketing opportunities will be paid for by Nickelodeon.
  o Production costs for custom marketing opportunities will be paid for by each individual client.
  o It is the responsibility of each client/Beacon to send a full RFP in order for Nickelodeon to submit suitable marketing opportunities to meet client needs.

Exhibit A    Page 9
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- o   Marketing executions require lead time for ideation, approvals and production. It is
  important for clients/Beacon to observe these in order to get the best results from
  marketing opportunities.
  - • Typical production time is 8-10 weeks from the receipt of assets.
- o   All marketing opportunities are based on availability.

- **Nickelodeon Group Cut-offs, Constraints & Separation Terms:**
  - o   **Separation:** Nickelodeon will guarantee to provide minimum separation of 20 minutes
    for all :30 second units by ISCI. Any :30 units running closer together than 20 minutes
    must be in separate TV programs.
  - o   **Separation:** Minimum separation is not guaranteed for :15 second units. Beacon will
    alert Nickelodeon to separation issues when the pre logs come in and we will alert our
    traffic department of certain instances but cannot guarantee a certain separation.
  - o   Beacon to buy Nicktoons and TeenNick from 6a-9p on Saturday & Sunday
  - o   Beacon to buy Nicktoons & TeenNick from 6a-9a, 2p-9p Monday – Friday
  - o   For recap weight, Beacon clients will look to be flexible on time constraints where
    possible and extend hours.
  - o   Nickelodeon to observe separate constraints for Topps where justified, due to candy
    sensitivity.
  - o   Nick JR: No constraints applied

- **H8 Weight:**
  - o   Weight in Hard 8 weeks cannot exceed 60% on an impression value of 3Q/4Q'15 weight.
    This refers to all nets.

- **Deal is 100% Firm and non-cancellable**

- **Posting Methodology**: Deal will be guaranteed on Commercial Ratings +3 Days. The rating and
  VPVH will be based on the Nielsen ACM data that averages all the commercial minutes in the
  program for Live +3

As always, we value and appreciate the working partnership we have with you and look forward to
another successful year.


Best,


Justin Halliley
VP, Nickelodeon AD Sales
212-846-7174

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT B

**To:**       Paul Caldera[pcaldera@thebeaconmg.com]
**Cc:**       Lillian LeBron[llebron@thebeaconmg.com]; Adams, Laurel[laurel.adams@viacom.com]; Zeko,
Robert[robert.zeko@viacom.com]
**From:**     Halliley, Justin
**Sent:**     Fri 12/7/2012 2:17:33 PM
**Importance:**          **Normal**
**Subject:**  Re: MGA urgent

From Monday I believe.
Laurel - can you confirm?

Justin Halliley
Vice President, Sales & Marketing
Nickelodeon

Cell: 917-656-7874
Off: 212-846-7174



On Dec 7, 2012, at 2:02 PM, "Paul Caldera" <pcaldera@thebeaconmg.com> wrote:

> Does this affect this weekend's units because I doubt can get you payment
> today but can push for Monday wire, let me know, very important!
>
> -----Original Message-----
> From: Halliley, Justin [mailto:Justin.Halliley@nick.com]
> Sent: Friday, December 07, 2012 1:52 PM
> To: Paul Caldera; Lillian LeBron
> Subject: FW: MGA urgent
>
> Fyi. We had no choice...
>
> Justin Halliley
> Vice President, Sales & Marketing
> nickelodeon
> 1515 Broadway, NY, NY 10036
> Off: 212-846-7174
> Cell:917-656-7874
>
>
>
>
>
> -----Original Message-----
> From: Halliley, Justin
> Sent: Friday, December 07, 2012 1:01 PM
> To: Shelly Hirsch
> Subject: MGA urgent
>
> Hi Shelly, in view of the non-payment of invoices beyond the agreed 60day
> period and no response to Jim Perry's calls into Isaac we are pulling all
> activity immediately.
>
> Please share with your clients and keep us informed of any developments.
>

CONFIDENTIAL
VIA00053873

> Media activity will only be restarted in receipt of the $5.2m owing.
>
> Regards.
>
> Justin Halliley
> Vice President, Sales & Marketing
> Nickelodeon
>
> Cell: 917-656-7874
> Off: 212-846-7174
>
>
> -----
> No virus found in this message.
> Checked by AVG - www.avg.com
> Version: 2013.0.2793 / Virus Database: 2634/5928 - Release Date: 11/30/12
> Internal Virus Database is out of date.
>

CONFIDENTIAL

VIA00053874

# EXHIBIT C

**To:**     Paul Caldera[pcaldera@thebeaconmg.com];
**Cc:**     Coluccini, Stephanie[Stephanie.Coluccini@viacom.com];
bbishopp@thebeaconmg.com[bbishopp@thebeaconmg.com]; Adams, Laurel[Laurel.Adams@nick.com];
Zeko, Robert[Robert.Zeko@mtvn.com]
**From:**    Halliley, Justin
**Sent:**    Tue 4/3/2012 6:27:24 PM
**Importance:**    **Normal**
**Subject:**  Re: MGA

No feedback yet. What does Jesse say?

Justin Halliley
Vice President, Sales & Marketing
Nickelodeon

Cell: 917-656-7874
Off: 212-846-7174


On Apr 3, 2012, at 6:22 PM, "Paul Caldera" <pcaldera@thebeaconmg.com> wrote:


    Did they talk?

    Sent from my iPhone

    On Apr 3, 2012, at 2:04 PM, "Coluccini, Stephanie"
    <Stephanie.Coluccini@nick.com> wrote:


        Perry still needs to have further conversations with Isaac as full payment for past
        inventory has not been received. Therefore, the account is still frozen.



        **Stephanie Coluccini**
        Account Executive

        Viacom Media Networks

        Nickelodeon
        ph: (212) 846-2736

Exhibit C    Page 13

CONFIDENTIAL                VIA00053879

**From:** Paul Caldera [mailto:pcaldera@thebeaconmg.com]
**Sent:** Tuesday, April 03, 2012 1:14 PM
**To:** Coluccini, Stephanie
**Cc:** bbishopp@thebeaconmg.com; Adams, Laurel; Zeko, Robert
**Subject:** Re: MGA


We good to go for rest of this week then?

Sent from my iPhone


On Apr 3, 2012, at 12:42 PM, "Coluccini, Stephanie"
<Stephanie.Coluccini@nick.com> wrote:

> correction on finances end.. we received $979,600.00


> **Stephanie Coluccini**
> Account Executive
>
> Viacom Media Networks
>
> Nickelodeon
> ph: (212) 846-2736




**From:** Coluccini, Stephanie
**Sent:** Tuesday, April 03, 2012 12:02 PM
**To:** pcaldera@thebeaconmg.com; bbishopp@thebeaconmg.com
**Cc:** Adams, Laurel; Zeko, Robert
**Subject:** Re: MGA


Payment was just received from MGA, in the amount of $969,700.

Exhibit C    Page 14

CONFIDENTIAL

VIA00053880

Please keep us posted on what Jesse says about the remainder of the payment.

Stephanie Coluccini
Account Manager
212-846-2736

**From**: Paul Caldera [mailto:pcaldera@thebeaconmg.com]
**Sent**: Tuesday, April 03, 2012 10:43 AM
**To**: Coluccini, Stephanie; 'Brendan Bishopp' <bbishopp@thebeaconmg.com>
**Cc**: Adams, Laurel; Zeko, Robert
**Subject**: RE: MGA

Shelly told me this morning that MGA wired $975K last night and I'm awaiting call from Jesse on the remaining owed.

Let me know if you are aware of any new info on this.

**From:** Coluccini, Stephanie [mailto:Stephanie.Coluccini@nick.com]
**Sent:** Monday, April 02, 2012 6:20 PM
**To:** Paul Caldera; 'Brendan Bishopp'
**Cc:** Adams, Laurel; Zeko, Robert
**Subject:** FW: MGA

Paul/Brendan

Please see below note between Shelly and Justin.

With the below said, there are currently no MGA units scheduled to run Tues-Sunday this week. Also—given MGA had recaps scheduled this week, we cannot hold all of them for their schedule in case they don't pay, and will re-allocate to other clients in order to maximize our PE inventory. If MGA does end up paying and we can put their schedule back on air, we will make sure we load what recaps we can back in.

Exhibit C    Page 15

CONFIDENTIAL                                                                                          VIA00053881

Thanks,

Steph


**Stephanie Coluccini**
Account Executive

Viacom Media Networks

Nickelodeon
ph: (212) 846-2736


---

**From:** Halliley, Justin
**Sent:** Monday, April 02, 2012 12:45 PM
**To:** Shelly Hirsch
**Subject:** MGA


Hi Shelly – we did not receive any payment on Friday.  In view of this
we are forced to pull all their remaining inventory until we have
confirmation of the money owed ($1.5m for December and prior as
well as $743k which is now due for Feb activity).

Let me know any updates you get from the client.


Thanks.


*Justin Halliley*


Exhibit C    Page 16

CONFIDENTIAL                                                 VIA00053882

Vice President, Sales & Marketing

nickelodeon

1515 Broadway, NY, NY 10036

Off: 212-846-7174

Cell:917-656-7874

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2114/4910 - Release Date: 04/02/12

Exhibit C    Page 17

CONFIDENTIAL

VIA00053883

# EXHIBIT D

| Message | |
|---|---|
| **From**: | Isaac Larian (President / CEO) [/O=ABC INTERNATIONAL TRADERS/OU=MGALA/CN=RECIPIENTS/CN=LA OFFICE/CN=LARIANI1] |
| **Sent**: | 3/7/2014 10:49:35 PM |
| **To**: | Shelly Hirsch [shirsch@thebeaconmg.com] |
| **Subject**: | RE: MGA Credit Issue - Nick |

It is paid.


Best Regards

Isaac Larian

CEO

MGA Entertainment

16380 Roscoe Blvd, Van Nuys, California 91406

818-894-3150

" Fortune favors the bold"

" Learn from yesterday, live for today, hope for tomorrow.  The important thing is not to stop questioning" . Albert Einstein




**From:** Shelly Hirsch [mailto:shirsch@thebeaconmg.com]
**Sent:** Friday, March 07, 2014 1:18 PM
**To:** Isaac Larian (President / CEO)
**Subject:** Fwd: MGA Credit Issue - Nick


Nick looking for Dec media payment or they can't air the media that we have scheduled for next week.


Sent from my iPhone


Begin forwarded message:

Confidential                                                                                    MGA0010201

**From:** "Halliley, Justin" <Justin.Halliley@nick.com>
**Date:** March 7, 2014 at 4:10:54 PM EST
**To:** "Whelan, Alexandra" <alexandra.whelan@viacom.com>, "htravit@thebeaconmg.com"
<htravit@thebeaconmg.com>
**Cc:** "Kern, Lauren" <lauren.kern@viacom.com>, Shelly Hirsch <shirsch@thebeaconmg.com>
**Subject: RE: MGA Credit Issue - Nick**

Looping in Shelly. We need to have MGA on air next week but credit are shutting us down without the Dec payments.
Can you help?

**Justin Halliley**

Vice President, Sales & Marketing

nickelodeon

Off: 212-846-7174

Cel: 917-656-7874

_____

**From:** Whelan, Alexandra
**Sent:** Friday, March 07, 2014 3:19 PM
**To:** htravit@thebeaconmg.com
**Cc:** Kern, Lauren; Halliley, Justin
**Subject:** MGA Credit Issue - Nick

Hi Hannibal,

Hope all is well with you.  We wanted to check in with you again on the status of the MGA payments.  We received their
Nov payments last Thursday but our credit department is stressing that we get the Dec invoices paid ASAP.  Can you
please push the client to get these cleared?  Let us know if there's anything we can do to help the process.

Thanks!

Confidential

Allie

<< OLE Object: Picture (Device Independent Bitmap) >>

Confidential                                                                              MGA0010203