1  KENDALL BRILL & KELLY LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Randall L. Jackson (244545)
3    *rjackson@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  Attorneys for Plaintiff and Counterdefendant
   Viacom International Inc.

7

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 VIACOM INTERNATIONAL INC.,          Case No. 2:15-CV-09621-R (Ex)
   a Delaware corporation,,
12                                      **DECLARATION OF SUJATA**
              Plaintiff,                **LUTHER IN SUPPORT OF**
13                                      **PLAINTIFF VIACOM**
        v.                              **INTERNATIONAL INC.'S**
14                                      **MOTION FOR SUMMARY**
   MGA ENTERTAINMENT, INC.,             **JUDGMENT**
15 a California corporation,
                                        *Filed concurrently with Memorandum*
16            Defendant.                *of Points and Authorities; Separate*
                                        *Statement; Declarations of Thomas*
17                                      *Horner, Sarah Levy, Alexandra Whelan,*
                                        *Jennifer Jankowski, Justin Halliley, and*
18                                      *Randall Jackson*

19 MGA ENTERTAINMENT, INC., a
20 California corporation,
                                        Judge:  Hon. Manuel L. Real
21            Counterclaimant,          Date:   July 18, 2016
                                        Time:   10:00 a.m.
22      v.                              Crtrm.: 8

23 VIACOM INTERNATIONAL INC., a
   Delaware corporation; DOES 1-10,
24 inclusive,

25            Counterdefendants.

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

## DECLARATION OF SUJATA LUTHER

2    I, Sujata Luther, declare as follows:

3    1.    I am the Senior Vice President, Consumer Insights, for the Nickelodeon
4  Group. I have been employed by Viacom International Inc. ("Viacom") since
5  September 15, 2014. I have personal knowledge of the facts set forth herein. If
6  called as a witness, I could and would competently testify to the matters stated
7  herein.

8    2.    Prior to joining Viacom, I was employed by MGA Entertainment, Inc.
9  ("MGA"). From July 5, 2011, until October 18, 2013, I served as MGA's Chief
10  Operating Officer ("COO"). In my capacity as COO, I oversaw MGA's marketing,
11  branding, public relations, licensing and entertainment, customer relationships,
12  finance, and operations departments.

13    3.    In early-2012, MGA and Viacom began discussions about a potential
14  agreement to broadcast a television show based on MGA's brand of "Lalaloopsy"
15  dolls. I was directly involved in these discussions and negotiations on behalf of
16  MGA.

17    4.    Prior to the drafting of any agreement, the parties negotiated essential
18  business points through multiple proposed term sheets. On March 6, 2012, Viacom
19  sent an initial proposed term sheet. In that term sheet, attached hereto as Exhibit A,
20  Viacom proposed two possible approaches: (a) a straight license with no
21  programming commitment; or (b) a co-production deal which did contain a
22  proposed programming commitment that the Lalaloopsy series would launch on
23  Nickelodeon, and then air on a regularly scheduled basis on either Nickelodeon or
24  Nick Jr.

25    5.    In response, Casey Collins, another MGA employee, sent Viacom a
26  counterproposal, choosing the co-production approach. In the programming
27  commitment section of the counterproposal, MGA proposed that the series would

28

281333.1

1  launch on Nickelodeon, and then air on Nickelodeon on a regularly scheduled basis
2  for three years.  Viacom rejected this proposal.

3      6.    The parties exchanged several term sheets.  During this stage of the
4  negotiations, I had a conversation with Sarah Levy, the Chief Operating Officer of
5  Nickelodeon, in which we discussed various terms of the possible Lalaloopsy deal,
6  including the issue of where the series would be aired.  During this conversation, I
7  advocated for MGA's proposal that after the initial launch of the series on
8  Nickelodeon, the Lalaloopsy series would continue to be broadcast on Nickelodeon.
9  Ms. Levy did not agree.  She said that depending on how the Lalaloopsy series
10 performed on Nickelodeon when it was launched, Viacom would either keep it on
11 Nickelodeon or it would move to Nick Jr.  In the end, MGA accepted Ms. Levy's
12 position, as reflected in MGA's May 23, 2012 term sheet, which is attached hereto
13 as Exhibit B.

14      7.    By mid-June 2012, MGA and Viacom had negotiated the principal
15 deal terms, which included that the parties would co-finance the series, the series
16 would "launch" on Nickelodeon, that the series would thereafter be broadcast on
17 either Nickelodeon or Nick Jr., and that Viacom would receive minimum guarantee
18 payments totaling $9 million over three years.  A true and correct copy of the final
19 term sheet is attached hereto as Exhibit C.

20      8.    After that point, the parties began to negotiate a formal agreement.
21 Although I remained actively involved, Jeanine Pisoni, who was then MGA's
22 General Counsel, took primary responsibility on MGA's behalf for the drafting of
23 the agreement.  During the period when the parties were exchanging drafts, MGA
24 sought to impose various conditions on the manner in which the Lalaloopsy show
25 would be broadcast, including that the show would be "'sandwiched' between a
26 strong lead-in and a strong lead-out."  In response, on August 1, 2012, Ms. Levy
27 sent me an email in which she stated that "[a]s broadcasters, retaining complete

28

1  control over all scheduling decisions is imperative to our core business of
2  maximizing ratings," that "[t]his is an absolute for us," and otherwise advised that
3  she could offer no compromise other than that the show would be broadcast at some
4  point between 8 a.m. and 9 p.m. A true and correct copy of Ms. Levy's August 1,
5  2012 email is attached hereto as Exhibit D.

6      9.    I accepted Ms. Levy's position, and thereafter MGA no longer sought
7  to impose the conditions on programming that had appeared in drafts exchanged
8  prior to August 1, 2012. An agreement for the broadcast of the Lalaloopsy show
9  was ultimately executed by the parties in October 2012.

10     10.   On February 11, 2013, shortly before the planned late-March launch of
11 the Lalaloopsy series, MGA issued a press release to announce the series. I
12 approved this release before it was sent out. It was entitled "MGA Entertainment
13 and Nickelodeon join to launch Lalaloopsy, New Animated Preschool Series Set To
14 Premiere Spring 2013." A true and correct copy of the February 11, 2013 press
15 release is attached hereto as Exhibit E.

16     11.   On March 6, 2013, Viacom and MGA discussed a proposed "launch
17 plan" for the forthcoming marketing and launch of the Lalaloopsy series. A true and
18 correct copy of the launch plan is attached hereto as Exhibit F. The launch plan
19 evidenced a commitment by Viacom to "deliver a ratings hit among preschool kids
20 (2-5) and their moms," and to exhibit 11 episodes from the first season (of 26
21 episodes) on Nickelodeon. On behalf of MGA, I endorsed the launch plan.

22     12.   The Lalaloopsy series launched on Nickelodeon on or about March 29,
23 2013, and remained on the Nickelodeon preschool block until mid-June 2013. In
24 mid-April, I was told that the series would be moved to Nick Jr. because although
25 //
26 //
27
28

281333.1                                  3

1  the series was performing well with girls 2-5 years old, the series was not
2  performing well with boys.

3

4         I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.

6         Executed on this 16th day of June, 2016, at New York, New York.

7

8                                    Sujata Luther
                                     _____
                                     Sujata Luther

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Message

| From: | Kirshbaum Levy, Sarah [Sarah.Levy@nick.com] |
|---|---|
| **Sent**: | 3/6/2012 4:02:31 PM |
| **To**: | Sujata Luther [/O=ABC INTERNATIONAL TRADERS/OU=MGALA/CN=RECIPIENTS/CN=SULUTHER] |
| **Subject**: | Lalaloopsy Options |
| **Attachments**: | Lalaloopsy Options 3.5.12.ppt |

Sujatha,

It was nice speaking with you yesterday. As discussed, attached is a comparison of two potential approaches that we would consider for Nick and Lalaloopsy. There are many more details to flesh out, but I thought this would provide a good framework for you and your team to consider as a next step. As I said on the phone, I know that Nick and MGA have long-sought a deeper partnership and this project feels like it could be the right one for us.

After you have a chance to digest this, feel free to give me a call to react or simply to ask questions. In the meantime, let me know when you think we should connect our creative teams. Their input will be valuable as we shape the partnership further.

I look forward to working together and to meeting you in person when I am in LA.

Best,

Sarah

**Sarah Kirshbaum Levy**

Chief Operating Officer

Nickelodeon Group

1515 Broadway, 44th Floor

New York, NY 10036

O: 212-846-7739

F: 212-846-1936

MGA0014443

## Nickelodeon and MGA: Lalaloopsy Options

| | Straight License | Partnership |
|---|---|---|
| **# Eps** | • 26 ep commitment<br>• Future cycles at Nick option | • 52 ep commitment<br>• Future cycles at Nick option |
| **Cost per Ep** | $20K/ep for cable and SVOD exclusivity | $150K/ep, increasing 5% per cycle following 52 ep commitment (~40% of budget; $7.8MM commitment) |
| **Programming Commitment(s)** | N/A | • Launch series on Nick<br>• Air on either Nick Jr. or Nick on a regularly scheduled basis for 3 years |
| **Involvement/Nick Creative Approvals** | Customary broadcaster approvals | • Nick creative team oversight in collaboration with MGA and Moonscoop*<br>• Customary broadcaster approvals |
| **Ancillary Exploitation** | MGA controls | • MGA controls toys and licensing<br>• Nick controls episodic distribution (e.g., DTO, SVOD, int'l program sales) |
| **Nick Promotional/ Marketing** | Non-exclusive, customary advertising and promotional rights (including on Nick website(s) and free online games) | Non-exclusive, customary advertising and promotional rights (including on Nick website(s) and free online games) |
| **Nick Backend** | • Toy royalty: 3% of wholesale<br>• 20% backend after 25% fees on other (15% net) | • Toy royalty: 5% of wholesale (40% of standard 12%)<br>• 40% backend after 25% fees on all other (30% net)** |
| **Minimum Guarantee Against Backend** | | • $9MM total<br>  – Y1: $2MM<br>  – Y2: $3MM<br>  – Y3: $4MM |
| **Ad Buy** | To be discussed separately | To be discussed separately |

\* We will flesh out details following initial creative meeting
\*\*MGA retains 60% after Nick's 25% fees on episodic distribution

MGA0014444

# **EXHIBIT B**

**To:**        Drew, Jamie[Jamie.Drew@nick.com]
**From:**    Casey Collins
**Sent:**    Wed 5/23/2012 7:37:06 PM
**Importance:**        **Normal**
**Subject:**    RE: Lalaloopsy Terms

Jamie,

Glad we got to chat last week.  After internal discussions, I have a new proposal I wanted to discuss with you.  This is the best offer that we are going to be able to deliver.  We believe that this is a true indication of the partnership we would like to embark on with Nick on our Lalaloopsy property.

Happy to walk you through the attachment and hopefully we can get this closed quickly. Available tomorrow morning if you are free.

Best,

Casey

**From:** Drew, Jamie [mailto:Jamie.Drew@nick.com]
**Sent:** Friday, May 18, 2012 7:50 AM
**To:** Casey Collins
**Subject:** Lalaloopsy Terms

Hi Casey,

I apologize for the delay in getting back to you. We have spent the last few days reviewing your proposal and talking to international to gauge their interest.

The attached document reflects our counter. I think we are getting close and appreciate that you have met our MG ask. With regards to our backend, I want to call your attention to a few things:

Exhibit B    Page 7

1.    We can agree to your higher wholesale threshold for the first 52 eps
($125MM), but need to hold our toy royalty at 5% to match our investment level

2.    Above 52 eps, we will hold our toy participation at 5% (vs. 6% in our last
proposal), but lowered the wholesale threshold to $50MM for the following
reasons:

a.    If we pick-up a 3rd cycle, we will have made a significant investment in the
property and need to start participating sooner

b.    There is no minimum guarantee in year 4

c.    Similar to other comparable properties, after a 4-5 year run Lalaloopsy
would not be able to sustain a meaningful level of toy sales without ongoing TV
support

3.    We have lowered our licensing participation to 30% (vs. 40%). This is as
low as we can go

4.    Finally, international is still figuring out its programming needs, so for now
we have included a right of first and last for our int'l markets


Let me know if you want to discuss. I'm around later today or we can find time on
Monday.

Thanks!

Jamie



Jamie L. Drew

Senior Vice President

Strategy & Business Development

Nickelodeon & MTVN Kids & Family Group
T: 212.846.8737

CONFIDENTIAL                                                                                   VIA00043054

Exhibit B   Page 9

CONFIDENTIAL                                                                    VIA00043055

| | MGA's Domestic Lalaloopsy Proposal |
|---|---|
| # Eps | • **52 ep commitment**<br><br>• **1 TV movie per year (total of three 1 hour TV movies )**<br><br>• **Future cycles at Nick option** |
| Cost per Ep | • $150K/ep, increasing 5% per cycle following 52 ep commitment,<br>• $300k/per movie<br>• Total Nic $8.7MM commitment |
| Programming Commitment(s) | • Launch series on Nick<br><br>• Air on either Nick or Nick Jr. on a regularly scheduled basis for 3 years |
| Involvement/Nick Creative Approvals | • Nick creative team oversight in collaboration with MGA and Moonscoop*<br><br>• Customary broadcaster approvals |
| Ancillary Exploitation | • MGA controls toys and licensing<br><br>• Nick controls episodic cable distribution (e.g., DTO, SVOD, Int'l cable program sales)<br><br>• Nick to cover all int'l Dub Costs |
| Nick Promotional/ Marketing | Non-exclusive, customary advertising and promotional rights (including on Nick website(s) and free online games) |
| Nick Backend | • **US Toy royalty:**<br><br>4% of US wholesale over $125,000,000<br><br>• **US Licensing Revenue**<br><br>30% of US Licensing Revenue; less MGA's licensing fees of 20% |
| Minimum Guarantee | • **$9MM total:**<br><br>Y1: $2MM<br><br>Y2: $3MM<br><br>Y3: $4MM |
| Ad Buy | • To be discussed separately |

* We will flesh out details following initial creative meeting

Exhibit B    Page 10

CONFIDENTIAL

VIA00043056

# EXHIBIT C

**To:**       Sujatha Luther (Sluther@mgae.com)[Sluther@mgae.com]
**Cc:**       Drew, Jamie[Jamie.Drew@nick.com]
**From:**     Kirshbaum Levy, Sarah
**Sent:**     Fri 6/15/2012 10:06:16 AM
**Importance:**       Normal
**Subject:**  Lalaloopsy follow-up
Lalaloopsy Proposal 6.15.12.ppt

Sujata –


Thank you for taking the time to meet at Licensing Show.  I really enjoyed meeting Isaac and look forward to the next chapter of our relationship.  In terms of process, I've asked our legal team to pull together a short form agreement for your review.  Typically, we flesh out a handful more issues in the short form process, but we tend to avoid long contracts on these sorts of deals.  It sounds from our meeting that this is consistent with how you like to work.  Since we have several analogous relationships to this one, we thought it would make sense for us to start the paper process.


In terms of the final outstanding substantive issue, I came back and reviewed Isaac's request for us to reduce our non-toy participation further.  Unfortunately I think we have really pushed the economics to the max at this point and really don't see a way to go any lower.  On a net basis, we have accepted only a 24% share (30% after 20% MGA fees) and in the US only at this point.  Conversely, we are contributing 35-40% of the total, global budget.  From a US perspective, our $150K/ep represents 75% of the budget in exchange for our 24% net participation.  Typically we receive a share greater than our financial contribution since we also provide both the platform, promotion and creative expertise in show development/production.


I also realized that we did not yet articulate in our very short deal sheet how we typically share distribution revenues from episodes.  Typically revenue tracks investment since these revenues are derived solely from the exploitation of the episodes.  By way of example, for DTO, Nick would retain 75% of US revenue, consistent with our 75% production funding.  This approach would apply to all episodic distribution (e.g., DTO, home video, SVOD).


Since you did not raise any other issues at Licensing Show, I will assume that Jamie's last proposal to Casey prior to our meeting is otherwise acceptable to you, and will include these terms in a first draft of a short form agreement next week for your review.  To make sure we are on the same page, I have attached the latest proposal.


Exhibit C   Page 11

                                                      VIA00000411

With regards to international, which is currently not incorporated in our discussions, I have asked our international programming lead to take another look following Isaac's interest in broadening the relationship outside the U.S.    To keep the process and document as simple as possible, I think we should attempt to handle international in parallel, but in a slightly separate process so it doesn't slow us down.  If you agree, I'll ask our international team to draw something up relatively quickly for your reaction.

Looking forward to finishing this up.  If you'd like to assign another point person on your end, just let me know (I understand Casey is leaving MGA).  Jamie is still the right contact on my end and she'll also bring in a lawyer at this point.

Best,


Sarah

Exhibit C   Page 12

CONFIDENTIAL                                                                                   VIA00000412

| | Nick Original Proposal 3.5.12 | MGA Counter 5.23.12 | Nick Counter 5.24.12 |
|---|---|---|---|
| **# Eps** | • 52 ep commitment<br>• Future cycles at Nick option | • 52 ep commitment<br>• 1 TV movie/year (total of three 1 hour movies)<br>• Future cycles at Nick option | • Same |
| **Cost per Ep** | $150K/ep, increasing 5% per cycle following 52 ep commitment (~40% of budget; $7.8MM commitment) | • $150K/ep, increasing 5% per cycle following 52 ep commitment<br>• $300K/per movie<br>• Total Nick $8.7MM commitment | • Same<br>• Minimum production budget of $400K/ep |
| **Programming Commitment(s)** | • Launch series on Nick<br>• Air on either Nick Jr. or Nick on a regularly scheduled basis for 3 years | • Launch series on Nick<br>• Air on Nick or Nick Jr. on a regularly scheduled basis for 3 years | • Same |
| **Involvement/ Nick Creative Approvals** | • Nick creative team oversight in collaboration with MGA and Moonscoop<br>• Customary broadcaster approvals | • Same | • Same |
| **Ancillary Exploitation** | • MGA controls toys and licensing<br>• Nick controls episodic distribution (e.g., DTO, SVOD, Int'l program sales) | • MGA controls toys and licensing<br>• Nick controls episodic cable distribution (e.g., DTO, SVOD, Int'l cable program sales)<br>• Nick to cover all int'l dub costs | • MGA controls toys and licensing<br>• Nick controls episodic distribution (e.g., DTO, SVOD) |
| **Nick Promotional/ Marketing** | Non-exclusive, customary advertising and promotional rights (including on Nick website(s) and free online games) | • Same | • Same |
| **Nick Backend** | • Toy royalty: 5% of wholesale (40% of standard 12%)<br>• 40% backend after 25% fees on all other (30% net) | • US Toy royalty:<br> - 4% of US wholesale over $125MM<br>• US Licensing Revenue:<br> - 30% of US Licensing Revenue; less MGA's licensing fees of 20% | • US Toy royalty:<br> - For the first 52 eps, 4% of US wholesale over $100MM<br> - For episodes above 52, 4% of US wholesale over $50MM<br>• US Licensing Revenue:<br> - 30% of US Licensing Revenue; less MGA's distribution fees of 20% |
| **Minimum Guarantee Against Backend** | • $9MM total<br> – Y1: $2MM<br> – Y2: $3MM<br> – Y3: $4MM | • $9MM total<br> – Y1: $2MM<br> – Y2: $3MM<br> – Y3: $4MM | • Same |
| **International Rights** | | | • Nick to send international proposal under separate cover |

Exhibit C   Page 13

# **EXHIBIT D**

**To:**      Kirshbaum Levy, Sarah[Sarah.Levy@nick.com]
**From:**    Sujata Luther
**Sent:**    Wed 8/1/2012 2:34:33 PM
**Importance:**       **Normal**
**Subject:**   Re: LalaLoopsy

Hi
let's have a meeting tomorrow. What time? Called you yesterday. Would like to talk to you about little tikes.
Sujata


On Aug 1, 2012, at 10:54 AM, "Kirshbaum Levy, Sarah" <Sarah.Levy@nick.com> wrote:


Sujata,


I know our teams continue to move forward on the contract.  In the interest of time, I thought I'd send you this note to identify for you what the major outstanding business issues are on our end.  I thought that if you heard them directly, we might be able to help speed along the contract process.  Our lawyers will get something back to your team by the end of the week, but I'm out on vacation starting Friday through next week, so I didn't want to be a hold-up to the team.  In particular, as time has passed, we are getting increasingly concerned with how little ability we will have to impact the first cycle of production, making time of the essence.


In any event, from my perspective, we still have four large issues between us that I need you to consider:


1)      **Nick's budget contribution**: Our agreement was to pay $150K/episode provided the episodes cost a minimum of $400K apiece.  A minimum budget is standard in these sorts of deals to ensure an appropriate quality level.  Given the creative partnership approach we are taking and the input we will have, we are willing to forego a minimum, but we are not willing to increase our contribution above the 37.5% maximum that the parties had already agreed we were to pay.  If our budget contribution increases, we will need to also increase our back-end participation, so I think the simplest approach here is for you to agree to our cap.  We are obviously also willing to stick with the originally agreed language of $150K on a $400K+ budget, but the new approach proposed by us seems to provide you with flexibility to deliver something more economical for both parties;

CONFIDENTIAL                                                                    VIA00000474

2)    **Programming commitment**: As broadcasters, retaining complete control over all scheduling decisions is imperative to our core business of maximizing ratings.  This is an absolute for us.  That said, we understand your request for some protection that we will not mistreat this property.  To that end, we have already agreed to air the show on a regularly scheduled basis and we are willing to further agree to air the show between 8A and 9P, which are the hours when kids watch the most TV.  We cannot offer any further compromise on this point as lead-ins and lead-outs, etc need to remain our decision as a network;

3)    **Revenue share:** Typically production budgets are split 50/50 domestic/international.  As a result, on a $400K budget, our $150K contribution represents 75% of the domestic budget. We are also providing the platform and, in addition, will spend money and resources to market and promote the property.  In exchange, we have already agreed to a participation of only 4% on toys (1/3 of a typical royalty) and only 24% (net of fees) on all other categories.  This is by far the lowest participation we have ever accepted on a budget contribution of this size.  We typically get participation in excess of our % of production budget.  As such, we cannot accept the three additional hair-cuts you are proposing to this revenue share.  We have really hit rock-bottom already:

a.      Toy discounts and expense deductions on other non-toy business must remain capped at 5% (vs. your proposed 10%)

b.      We cannot pay license fees on top of our co-financing contribution.  In hundreds of deals, we have never agreed to this.  It is a completely non-standard request in kids TV.  A co-financing partner owns the underlying episodes.  This is consistent with the film business as well – when a financing company makes a movie, they own the print;

c.      Post 52 episodes, we need our participation to begin below the $125MM threshold.  As we have learned over many years, the early years of a property are relatively easy.  As a property ages, the dependence on network resources and marketing programs increases wildly.  We will need to work very hard to sustain the business at high levels in the latter years and the business will, necessarily, come down.  We are willing to offer a final compromise here in which the threshold post 52 episodes gets reduced to $85MM (vs. our previously proposed $50MM).  This is really our bottom line;

Exhibit D   Page 15

4)   **Cross-collateralization:** This felt worth pulling out separately from the overall revenue share issue.  The guarantees you are paying need to be annual and non-cross collateralizable.  These are not typical toy guarantees.  Rather, these are annual payments that match our annual programming commitment.  We set these guarantees at very low levels, which will very clearly be earned in each respective year.  If you recall, they are intended to protect Nick from "funny business" in accounting.  Cross-collateralizing them would completely undo their underlying intent.

There are also a series of issues that fall on the line between legal and business that have been drafted in a way so as to make this deal far less of a true partnership than how we intend to work together.  We take all of our obligations in a contract seriously and, obviously, if either party is in breach, the parties should each have recourse.  But we are unwilling to have the different standards/remedies currently being proposed as to specific obligations.  I will leave detailing these issues to our teams.

Finally, I am connecting with my international counterpart to figure out how he'd approach figuring out in which territories it makes sense for Nick and MGA to work together.  I'm not sure what you outlined is the easiest/most practical approach.  I understand through the legal team that the international piece is on your mind to address quickly.

Please let me know if you think it would be productive to attempt a quick call tomorrow before my vacation or if you'd prefer to let the teams do one more round.  In any event, all of the above will be reflected in what comes back to your team, so I thought some rationale on the big issues might be helpful for you.

I hope you can appreciate that we've done our best to hear your issues and make compromises.  At this point, we are hopeful you can understand that we've really done what we can.

All the best,

CONFIDENTIAL

VIA00000476

Sarah

CONFIDENTIAL

VIA00000477

# EXHIBIT E



*News Release*

MGA ENTERTAINMENT AND NICKELODEON JOIN TO LAUNCH *LALALOOPSY™*, NEW ANIMATED PRESCHOOL SERIES SET TO PREMIERE SPRING 2013

*Based on Award-Winning, Best-Selling Lalaloopsy™ Line, New Series Celebrates Diversity, Friendship and Teamwork*

**NEW YORK – Feb. 11, 2013 –** MGA Entertainment, Inc. and Nickelodeon have partnered to launch 52 episodes of the animated preschool series *Lalaloopsy™* premiering in Spring 2013 on Nickelodeon.  Based on the best-selling *Lalaloopsy™* line, the half-hour series celebrates diversity, friendship and teamwork and features the original eight Lalaloopsy™ characters including Crumbs Sugar Cookie™, Mittens Fluff 'n Stuff™, Bea Spells-a-Lot™, Pillow Featherbed™, Jewel Sparkles™, Peanut Big Top™, Spot Splatter Splash™, Dot Starlight™ and all of their friends.  The characters magically came to life when their last stitch was sewn, with personalities based on the fabrics that were used to make them.

The *Lalaloopsy™* television series is co-produced by MGA Entertainment and Moonscoop Productions.

"Kids adore the Lalaloopsy line and will now be able to engage with these characters in a whole new way when we bring them to life on TV for the first time," said Teri Weiss, EVP of Production and Development, Nickelodeon Preschool. "The Lalaloopsy world is filled with magic and surprises that will delight preschoolers while teaching important lessons about teamwork and friendship."

"Lalaloopsy is a major, growing global brand. Besides toys, Lalaloopsy has attracted over 200 blue chip licensing partners such as Activision, Scholastic, Fab, to name only a few.  We are delighted to partner up with Nickelodeon, the greatest kids TV brand in the U.S. to air this outstanding series based on an award-winning brand. The series is certain to fuel the brand to new heights," said Isaac Larian, Chief Executive Officer of MGA Entertainment.

(more)

Nickelodeon/*Lalaloopsy*
Page Two

**About MGA Entertainment, Inc.**

MGA Entertainment, a consumer entertainment products company headquartered in Van Nuys, California, manufactures innovative lines of proprietary and licensed products including toys and games, dolls, consumer electronics, home décor, stationery and sporting goods. The MGA family includes award-winning brands such as Little Tikes®, Lalaloopsy™, Bratz®, Bratzillaz™, Novi Stars™, Moxie Girlz™, and Zapf Creation®. For more information please visit: www.mgae.com, www.littletikes.com, www.lalaloopsy.com, www.bratz.com, www.bratzillaz.com, www.novistars.com, and www.moxiegirlz.com.

**About Nickelodeon**

Nickelodeon, now in its 33rd year, is the number-one entertainment brand for kids. It has built a diverse, global business by putting kids first in everything it does. The company includes television programming and production in the United States and around the world, plus consumer products, online, recreation, books and feature films. Nickelodeon's U.S. television network is seen in more than 100 million households and has been the number-one-rated basic cable network for 18 consecutive years. For more information or artwork, visit http://www.nickpress.com. Nickelodeon and all related titles, characters and logos are trademarks of Viacom Inc. (NASDAQ: VIA, VIA.B).

# # #

Contacts:

Steve Syatt
(For MGA Entertainment)
(818) 907-0500
ssyatt@ssapr.com

# EXHIBIT F

Message

| | |
|---|---|
| **From**: | Murphy, Jessica [jessica.murphy@nick.com] |
| **Sent**: | 3/6/2013 8:47:33 PM |
| **To**: | Sujata Luther [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=78b5e9687efb46d3abce063d1781eddb-Sujata Luther]; Jeanine Pisoni |
| | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=119d5e2461654f378ab7736db1bba6c0-Jeanine Pisoni]; Leon Djiguerian |
| | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D86faffa35c649b38b02de488835c370-Leon Djiguerian] |
| **CC**: | Mansharamani, Shalina [Shalina.Mansharamani@nick.com] |
| **Subject**: | launch plan for our call |
| **Attachments**: | Lala-launch-plan-3.6.13.pdf |

Sujata, Jeanine and Leon,

Attached please find the launch plan that we will be dialing through with the team today.

Look forward to speaking soon.

Thank you,

Jessica

**Jessica Murphy**
Nickelodeon Kids & Family Group
P: (212) 846-3794 F: (212) 846-1995
jessica.murphy@nick.com

MGA0065270



# LAUNCH PLAN

**Series Launch: March 29, 2013**

as of 3/6/13

MGA0065271

nickelodeon

# TABLE OF CONTENTS



- ## Objective

- ## Launch Strategy

- ## Launch Tactics:

  - Programming
  - On-Air Strategy
  - Digital Support
  - Social Engagement
  - On-Ground Activity
  - DTO

- ## Campaign At-a-Glance

MGA0065272

# OBJECTIVE

## THIS LAUNCH PLAN WILL HELP
## THE LALALOOPSY SERIES ACHIEVE OUR PRIMARY GOAL:

### DELIVER A RATINGS HIT
### AMONG PRESCHOOL KIDS (2-5) AND THEIR MOMS



Exhibit F    Page 22

3

MGA0065273



# LAUNCH STRATEGY

## WE WILL LAUNCH LALALOOPSY TO BE THE NEXT PRESCHOOL HIT USING THREE KEY STRATEGIES:

### STRATEGIC PROGRAMMING

**Premiere series in primetime with a special event lead-in**

### BUILD ON BRAND AFFINITY

**Leverage popularity of the doll collection while connecting with moms and kids on key attributes of the series**

### MULTI-PLATFORM SUPPORT

**Bring show to life across all of Nick's platforms to build excitement**







Exhibit F    Page 23

4

MGA0065274

# PROGRAMMING

## LALALOOPSY WILL PREMIERE ON NICKELODEON IN PRIMETIME WITH A SPECIAL EVENT LEAD-IN



### CURRENT PROGRAMMING PLAN*:

- **Launch series on Friday, 3/29 at 7:30pm** following the Peter Rabbit "Springtime Tale" special (#104)

- Roll-out with four weeks of premieres, airing M-F on Nick at 1:30pm, with Dora the Explorer as lead-in and SpongeBob as lead-out

  - Premiere Week 1, April 1st:
    - Mon 4/1: #103, Tues 4/2: #102, Wed 4/3: #101
    - Encores Thurs & Fri

  - Premiere Week 2, April 8th:
    - Mon 4/8: #106, Tues 4/9: #107, Wed 4/10: #105
    - Encores Thurs & Fri

  - Premiere Week 3, April 29th:
    - Mon 4/29: #108, Wed 5/1: #109
    - Encores Tues, Thurs & Fri

  - Premiere Week 4, May 27th:
    - Tues 5/28: #110, Thurs 5/30: #111
    - Encores Wed & Fri

  - *15 episodes remain for future premiere weeks – timing TBD*

*Programming plans are always subject to change

Exhibit F - Page 24

MGA0065275



# ON-AIR STRATEGY

## CREATIVE STRATEGY

Our campaign will build on brand affinity and capitalize on the show's visually varied cast of characters and the colorful, surprising world they live in. We will highlight the fact that the Lalas embody everything that preschoolers love.

*With so many different friends, the adventures never end!*

## CAMPAIGN OVERVIEW



### AWARENESS: 270+ Spots Across Nick/Nick Jr.

- Trailer Spot (3/8): First airs in Peter Rabbit during premiere week, introduces the unique group of friends and the things they love
- Five Character Spots (3/15): Each will invite the audience to come and play with their newest friend!
  - Spots will Highlight Dot, Peanut, Bea, Rosy and Jewel and throw to NickJr.com for exclusive webisode (101)

### HARD DRIVE & CHASE: Additional 100+ Spots (Nick/Nick Jr.)

- Primetime Overview Spot (3/20): Promotes the Peter Rabbit Special and Lalaloopsy premiere event as a can't miss night of programming
- Online Support Spot (3/29)
- Curtain Raiser (3/29)
- Bumpers (3/29)
- Curriculum Billboard (3/29)
- Week 1 Spot (3/29)
- Chase Spots (3/29): Drive to upcoming premieres to maintain momentum
- Music Video (w/o 4/8): Energetic, graphic spot set to an original song celebrates the characters and what makes them special

6

MGA0065276



# DIGITAL SUPPORT

## THE WORLD OF LALALOOPSY
## WILL COME TO LIFE ON NICKJR.COM



**AWARENESS:**
- Parents Site launches 3/6, and will include:
  - Lalaloopsy Puppet Theatre
  - Lalaloopsy Coloring Pack
    - Includes characters, pets and catchphrases
  - Lalaloopsy Paper Bag Puppets
  - Friendship Cards and Play Date Invites
  - Lalaloopsy Land Board Game
  - Crumbs Sugar Cookie "Early Reader" Recipe Cards
- Kids Show Site launches 3/11, including:
  - Sneak peek videos
  - Exclusive webisode (101)

**CHASE:**
- 4/1 – end of year
  - Exclusive webisodes:
    - Strategically launch six additional webisodes throughout the year, timed around key events such as premiere weeks and holidays
  - New Lalaloopsy Party Kit and Crafts
  - Seasonal Coloring and Activity Packs
  - Puzzles, Stickers, Mazes and More!

MGA0065277

# DIGITAL SUPPORT

## LALALOOPSY WILL RECEIVE
## PROMOTIONAL PRIORITY SUPPORT ACROSS NICK DIGITAL

### ALL SUPPORT WILL BE LIVE WITHIN 3 WEEKS OF PREMIERE:

- Home Page tune-in module (2-3 weeks from premiere)
- Tune-in touts across all Lalaloopsy end-level content (2-3 weeks from premiere)
- Tune-in and content touts in Home Page Large Promo and Weekly Picks (2 weeks from premiere)
- Tune-in and content touts in show landing page, TV Schedule page and As Seen on Nick Jr. page (2 weeks from premiere)
- Content touts in Finders (printables and crafts – 2 weeks from premiere)
- Trailer in Parents Player (1-2 weeks from premiere)
- Sneak Peek Video in Kids Player (1 week from premiere)
- Site-wide overlay/takeover (premiere week)
- Nickjr.com newsletter on 3/28 (525K subscribers) drives tune-in to the premiere and promotes webisode and activities on show site
- Targeted CRM email on 3/29 highlighting the primetime block (1.5MM subscribers)







MGA0065278

# SOCIAL ENGAGEMENT

## STRATEGY WILL MAXIMIZE AWARENESS THROUGH SEEDED EXCLUSIVES AND SOCIAL SHARING

**TWO-PRONG ACTIVATION:**

- Nick Jr. Audience: Drive awareness for new series and expand overall fan base
- MGA/Lalaloopsy Audience: Drive deeper brand affinity by enhancing property

**Nick Jr. Accounts:**

- Build awareness for new series through weekly posts to Facebook and Twitter
- Content to include:
    - Character-specific introductions and trivia
    - Brand new activities and printables
    - Exclusive production art and "behind-the-scenes" looks at evolution
    - Video sneak peeks of the coming series
    - Unlockable GetGlue sticker during primetime premiere

**MGA/Lalaloopsy Accounts:**

- Activate superfans to drive deeper engagement and overall awareness
- Content to include:
    - "Behind-the-scenes" look at the evolution of the characters they know and love
    - All-new Lalaloopsy content: encourage sharing of latest Nickjr.com offerings
    - Tease upcoming storylines using playful facts and clues
    - "Lala Viewing Party" Pinterest Board: encourage crafty moms!

**Nick Jr./MGA social partnership to continue past launch, with on-going pitch and catch**



Nick Jr.
2 hours ago ☀

Lalaloopsy is coming to television! This Spring, Nickelodeon begin airing a new TV series based on the hugely popular franchise. Be sure to keep checking in for more information







MGA0065279



# ON-GROUND ACTIVITY

## MOMS & KIDS WILL DISCOVER
## THE SERIES THROUGH RETAIL & EXPERIENTIAL ACTIVITIES



**AT-RETAIL:**

- Tune-in sticker on four Lalaloopsy doll SKUs alerts moms and kids that the all-new series is on Nick
  - On shelves starting in April

**MALL OF AMERICA:**

- Lalaloopsy themed Toddler Tuesday Event (4/2)
  - Screening of Lalaloopsy premiere for Moms and Preschoolers
  - Meet and greet with two Lalaloopsy costumed characters
  - Giveaways and raffle prizing
  - Lalaloopsy merch strategically placed in rotunda store with special promotion

MGA0065280



# DTO

# LALALOOPSY CONTENT WILL BE ACCESSIBLE ON DEMAND



### DTO AND PROMOTION:

- iTunes will launch three webisodes on 3/25 as "Free Exclusive Content" with a tune-in tag at the end of each video that drives to the on-air premiere on 3/29
- Episodes will be available to purchase starting on March 30th across iTunes, Amazon Instant Video, Xbox Video, Vudu, Samsung Media Hub and Nook Video
- All future episodes will go up day after air on all DTO partners
- Series will be broken up into volumes of thirteen episodes each, for a total of four volumes, in the order in which they air on the network

MGA0065281



# CAMPAIGN AT-A-GLANCE

**Series Launch 3/29**

## AWARENESS – HARD DRIVE
### (MAR 6 – MAR 29)

## CHASE
### (MAR 30 – ONGOING)

**PRESS**: Toy Fair Release (2/11)

**NICK SOCIAL**: (2/15 – ongoing)
Press release post (2/15)
Nick Jr. Show Site announcement and periodic updates (3/7 - ongoing)
Weekly posts and tweets showcasing series evolution/pitch and catch with MGA (3/7 - ongoing)
Pinterest Party challenge (week of launch)

**DIGITAL SUPPORT**: (3/6 – ongoing)
NickJr.com Parents Show Site Launch with activities (3/6)
NickJr.com Kids Show Site Launch sneak peeks and exclusive webisode (3/11)
Priority Digital Support (2-3 weeks from launch)

Nickjr.com Newsletter (3/28)
Primetime CRM tune-in email (3/29)
New webisode release (TBD April)
New games & activities on show site (4/1)

**ON-AIR PROMO CAMPAIGN**: (3/8 – ongoing)
Trailer starts (3/8)
Character Spots start (3/15)
Primetime Overview Spot starts (3/20)

Online Support Spot starts (3/29)
Music Video Spot starts (3/29)
Curtain Raiser, Bumpers, Curriculum
Billboard & Countdown start (3/29)
Chase Spots start (3/29)

**DTO**: Promotion begins 3/25 with exclusive webisodes w/ tune-in

**AT RETAIL**: (April)
On-pack sticker (April)
MOA event (4/2)

Exhibit F   Page 31

© MGA

12

MGA0065282



MGA0065283