KENDALL BRILL & KELLY LLP
Richard B. Kendall (90072)
 *rkendall@kbkfirm.com*
Randall L. Jackson (244545)
 *rjackson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff and Counterdefendant
Viacom International Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:15-CV-09621-R (Ex)<br><br>**JUDGMENT**<br><br>Judge:  Hon. Manuel L. Real<br>Crtrm.:  8 |
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>VIACOM INTERNATIONAL INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>　　　　Counterdefendants. | |

After full consideration of the parties' arguments and evidence, on July 18, 2016 and August 11, 2016, this Court granted the motions for summary judgment filed by Viacom International Inc. (Dkt Nos. 117, 148), and subsequently issued its Order On Damages on September 6, 2016 (Dkt. No. 158). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in favor of Viacom International Inc. and against MGA Entertainment, Inc. with respect to each of the claims asserted by Viacom International Inc. in its Second Amended Complaint and each of the counterclaims asserted by MGA Entertainment, Inc.

2. With regard to its claims, Viacom International Inc. shall recover from MGA Entertainment, Inc. the sum of **$14,950,757.51**.

3. The foregoing amount consists of $13,813,445.80 in principal ($3,500,000 for the first claim, $7,378,420.75 for the second claim, $788,964.05 for the third claim, and $2,146,061 for the fourth claim), $1,110,820.14 in prejudgment interest through September 6, 2016 ($338,491.70 for the first claim, $475,942.49 for the second claim, $56,498.27 for the third claim, and $239,887.68 for the fourth claim), and $26,491.57 in prejudgment interest since that date ($6,712.30 for the first claim, $14,150.43 for the second claim, $1,513.12 for the third claim, and $4,115.72 for the fourth claim).

4. MGA Entertainment, Inc. shall recover nothing, and its counterclaims are dismissed in their entirety on the merits.

5. Viacom International Inc. shall recover from MGA Entertainment, Inc. postjudgment interest, costs, and such other relief as may be permitted by law.

Dated: September 22, 2016

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

290223 | 2 | Case No. 2:15-CV-09621-R (Ex)
JUDGMENT